AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | |
|---|---|
| Gopal Burgher and Scott Jaffe <br> *Plaintiff* <br> v. <br> B. Seth Bryant <br> *Defendant* | ) ) ) ) ) ) Case No. 12-CV-4042 (WHP) |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

B. Seth Bryant

Date:   05/23/2012

*Attorney's signature*

Timothy M. Russo
*Printed name and bar number*

1540 Broadway
New York, NY 10019

*Address*

tim.russo@pillsburylaw.com
*E-mail address*

(212) 858-1761
*Telephone number*

(917) 464-9539
*FAX number*