# UNITED STATES DISTRICT COURT
for the

| | |
|---|---|
| GOPAL BURGHER and SCOTT JAFFE <br> *Plaintiff* <br> v. <br> B. SETH BRYANT <br> *Defendant* | ) ) ) ) ) ) ) Case No. 12-CIV-4042 (WHP) |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

GOPAL BURGHER and SCOTT JAFFE

Date:  5/25/12

*Attorney's signature*

Joshua E. Fingold (JF-0181)
*Printed name and bar number*
Allan J. Berlowitz
1700 Broadway
21st Floor
New York, NY 10019

*Address*

josh@fingoldlaw.com
*E-mail address*

(516) 336-9025
*Telephone number*

(516) 977-1292
*FAX number*