UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

GOPAL BURGHER and SCOTT JAFFE

                            Plaintiffs,

-against-

B. SETH BRYANT

                            Defendant.

Case No. 12 CIV-4042 (WHP)

**ORDER FOR ADMISSION
PRO HAC VICE
ON ORAL MOTION**

---

Upon the oral motion of TERESA ANNE ROSEN PEACOCKE, for admission to practice Pro Hac Vice in the above captioned action is granted.

Applicant has declared that she is a member in good standing of the bar of the state of NEW YORK; and that her contact information is as follows:

Applicant's Name: TERESA ANNE ROSEN PEACOCKE
Firm Name: 3 STONE BUILDINGS NEW YORK
Address: 10 ROCKEFELLER PLAZA, 16TH FLOOR
City / State / Zip: NEW YORK, N.Y. 10020-1903
Telephone / Fax: (212) 713-7680/ (212) 713-7679

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 6/13/12

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for Plaintiffs GOPAL BURGHER and SCOTT JAFFE in the above entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at <u>apply for an ECF PASSWORD</u>. Counsel shall immediately forward the Pro Hac Vice fee to the Clerk of Court.

Dated: 6/13/12

                                                   _____
                                                   United States District Judge