UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------x

GOPAL BURGHER and SCOTT JAFFE, :

              Plaintiffs, :

    -against- :

B. SETH BRYANT, :

             Defendant. :

------------------------------------------------------x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/15/12

**ORDER APPOINTING MEDIATOR**

12 Civ. 4042 (WHP) (FM)

**FRANK MAAS,** United States Magistrate Judge.

      As previously directed, the parties have submitted to me the names of several individuals proposed for appointment as a mediator empowered to issue binding decisions in connection with the orderly dissolution of Bryant Burgher Jaffe LLP, their former law firm. I have reviewed the *curricula vitae* of those individuals and have spoken with several of them. Although I am confident that any of them could perform admirably, I have concluded that Ronald Minkoff, Esq., of the firm of Frankfurt, Kurnit, Klein & Selz, P.C., is best suited to resolve the sorts of issues that are likely to arise as the firm winds down.

      Accordingly, pursuant to the settlement agreement previously entered into, Mr. Minkoff is appointed as the mediator. He will bill for his time at the rate of $650 per hour and will require a retainer to begin his work. The two sides will split the cost of Mr. Minkoff's services. Because Mr. Bryant is the person overseeing the dissolution of the firm, he is directed to contact Mr. Minkoff promptly to take the steps necessary to retain him as the mediator.

      As indicated during the last conference, because Mr. Minkoff will have final authority to resolve disputes, I do not expect to have any continuing role in this case.

If, however, I am asked to consider issues presented to Mr. Minkoff, I anticipate that my only involvement will be to "so order" whatever he concludes is appropriate.

SO ORDERED.

Dated:     New York, New York
           August 15, 2012

                                                      _____
                                                      FRANK MAAS
                                                      United States Magistrate Judge

Copies to:

Hon. William H. Pauley III
United States District Judge

B. Seth Bryant, Esq.
Bryant Rabbino
(212) 967-1811     (fax)

David Andrew Crichlow, Sr., Esq.
(212) 940-8776     (fax)

Joshua E. Fingold, Esq.
(516) 977-1292     (fax)

Ronald C. Minkoff, Esq.
(212) 593-9175     (fax)